JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>THOMAS M. TOMOCIK, in his individual capacity and as trustee of the PATRICIA LYNN TOMOCIK REVOCABLE TRUST, DATED MARCH 26, 1996;<br><br>         Defendants. | Case No.: 5:23-cv-01518-JFW-SHKx<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. John F. Walter presiding] |

1
2
3
4
5
6

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

7
8

IT IS SO ORDERED

9
10

Dated: April 10, 2024

_____
Judge, United States District Court,
Central District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28